UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

R# 258697

IN RE:                          CASE NO.  05-10787-BKC-RAM
LUIS M. RODRIGUEZ

JUL 26 2010

CHAPTER 13

U.S. BANKRUPTCY CT.
SO. DIST. OF FLA.
MIAMI - OFFICE

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 6,183.63 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date:  JUL 23 2010

NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

LUIS M. RODRIGUEZ
POB 227036
MIAMI, FL 33222

JAMES ALAN POE, ESQ
9500 S DADELAND BLVD
SUITE 610
MIAMI, FL 33156

HAPPY FISH SEAFOOD INC
C/O ADORNO & YOSS PA
2525 PONCE DE LEON BLVD #400
MIAMI, FL 33134

MARVIN RAMIREZ
15222 SW 31ST LANE
MIAMI, FL 33185

U.S. Trustee
51 S W 1st Avenue
Miami, Florida 33130

```
                    UNITED STATES BANKRUPTCY COURT
                     SOUTHERN DISTRICT OF FLORIDA


IN RE:                              CASE NO.   05-10787-BKC-RAM
LUIS M. RODRIGUEZ


                                    CHAPTER 13



   LUIS M. RODRIGUEZ

   POB 227036
   MIAMI, FL 33222


   JAMES ALAN POE, ESQ
   9500 S DADELAND BLVD
   SUITE 610
   MIAMI, FL 33156

   HAPPY FISH SEAFOOD INC          ---------$      5,865.57
   C/O ADORNO & YOSS PA
   2525 PONCE DE LEON BLVD #400         UNDELIVERABLE/STALE
   MIAMI, FL 33134                      CLAIM REGISTER# 4

   MARVIN RAMIREZ                  ---------$        318.06
   15222 SW 31ST LANE
   MIAMI, FL 33185                      UNDELIVERABLE/STALE
                                        CLAIM REGISTER# 5


   U.S. Trustee
   51 S.W. 1st Avenue
   Miami, Florida 33130
```